# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 3, 2007

133689

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

ADAM JAMES BALDWIN,
     Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 133689
COA: 275109
Hillsdale CC: 06-301036-FH

On order of the Court, the application for leave to appeal the February 22, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 3, 2007

s0926

Clerk